UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-60186-CF-COHN/SELTZER

UNITED STATES OF AMERICA
    Plaintiff,
v.

KERBY HONORAT,
    Defendant.
_____/

## UNOPPOSED/JOINT MOTION TO AMEND BOND

**COMES NOW** the Defendant, KERBY HONORAT, by and through his attorney, Todd A. Onore, Esquire, hereby files this Unopposed/Joint Motion to Amend Bond. The grounds for this motion are set forth below:

1. Bond in this case is currently set at $50,000-10% cash with a Nebbia requirement.

2. Undersigned counsel and the assigned Assistant United States Attorney, Christopher B. Browne, have agreed to amend the bond to a $25,000 personal surety bond.

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was electronically noticed through the CM/ECF system to the U.S. Attorney's Office and all other parties of record, on this 22nd day of September 2014.

Respectfully submitted,

S/*Todd A. Onore*
Todd A. Onore, Esq.
Florida Bar No: 0174610
LAW OFFICES OF TODD A. ONORE, P.A.
1144 SE 3rd Ave.
FORT LAUDERDALE, FLORIDA 33316
Tel (954) 524-3800
Fax (954) 524-3880
tonore@bellsouth.net